**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Barry L. Penepacker<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　　　　　Movant<br>　　vs.<br>Barry L. Penepacker<br>　　　　　　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　　　　　　Trustee | NO. 18-13520 REF<br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

　　AND NOW,  upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

　　The Motion is granted and the Loan Modification Agreement executed on *January 14, 2019* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: May 21, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Barry L. Penepacker
506 Bridge Valley Road
Pequea, PA 17565

Michael D. Hess Esq.
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028

Scott Waterman
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532