*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Barry L. Penepacker
    Debtor(s)

Case No: 18−13520−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case; feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel).

Hearing rescheduled form 8/1/19.

    on: 9/5/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  7/8/19

Timothy B. McGrath
Clerk of Court

32 − 22
Form 167