UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

BARRY L PENEPACKER

                                                                 : Bankruptcy No. 18-13520REF
Debtor(s)                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge

Date: September 5, 2019

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

BARRY L PENEPACKER
506 BRIDGE VALLEY ROAD
PEQUEA,PA.17565