United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 18-13520-amc
Barry L. Penepacker                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore       Page 1 of 1           Date Rcvd: Sep 05, 2019
                              Form ID: pdf900       Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db              +Barry L. Penepacker,   506 Bridge Valley Road,   Pequea, PA 17565-9703
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14192897        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   211 North Front Street,
                 Harrisburg, PA 17101-1406
14113635        +US Bank National Association,   Trustee for PA Housing Finance Agency,   211 North Front Street,
                 PO Box 15057,   Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2019 03:25:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2019 03:25:58    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                         TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al...
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association bkgroup@kmllawgroup.com
          LEON P. HALLER   on behalf of Creditor   U.S. Bank National Association lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MICHAEL D. HESS   on behalf of Debtor Barry L. Penepacker amburke7@yahoo.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                 TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

BARRY L PENEPACKER

                                                   : Bankruptcy No. 18-13520REF
                  Debtor(s)                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Date:  September 5, 2019                            _____
                                                   Ashely M. Chan
Interested parties:                                United States Bankruptcy Judge

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

BARRY L PENEPACKER
506 BRIDGE VALLEY ROAD
PEQUEA,PA.17565